# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA (ERIE)

| | | |
|---|---|---|
| **In Re:** | : | **Bankruptcy Case No. 19-10111-TPA** |
| | : | **Chapter 13** |
| **Jarred Michael Nadal** | : | |
| *Debtor* | : | |
| | : | **Related to Claim No. 8** |
| | : | |
| **Pennsylvania Housing Finance Agency** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | |
| **Jarred Michael Nadal** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

**NOW**, this **22nd** day of **October 2020,** upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Pennsylvania Housing Finance Agency** *at Claim No. 8* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $798.45 effective 12/1/2020.

Dated:  October 22, 2020

           By  /s/ Rebeka A. Seelinger  Esquire
               Rebeka A. Seelinger, Esquire
               Pa. I.D. #93897
               4640 Wolf Rd
               Erie, PA 16505
               (814)-824-6670
                E-Mail: rebeka@seelingerlaw.com