## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **In Re:** | : | Bankruptcy Case No. 19-10111-JAD |
| | : | Chapter 13 |
| **Jarred Michael Nadal** | : | |
| *Debtor* | : | |
| | : | **Related to Claim No. 8** |
| | : | |
| **Pennsylvania Housing Finance Agency** | : | |
| *Movant* | : | |
| | : | |
| | : | |
| **V.** | : | |
| | : | |
| **Jarred Michael Nadal** | : | |
| **Ronda J. Winnecour, Esq. Trustee** | : | |
| *Respondents* | : | |

## **DECLARATION**

**NOW**, this **27th day of October,** upon review of the **NOTICE OF MORTGAGE PAYMENT CHANGE** filed by **Pennsylvania Housing Finance Agency** *at Claim No. 8* in the above-captioned bankruptcy case, I certify that the existing Chapter 13 Plan is sufficient to fund the Plan with the modified debt, namely $808.79 effective 12/1/2022.

Dated:  October 27, 2022

By       /s/ Rebeka A. Seelinger  Esquire
Rebeka A. Seelinger, Esquire
Pa. I.D. #93897
4640 Wolf Rd
Erie, PA 16505
(814)-824-6670
 E-Mail: rebeka@seelingerlaw.com