IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: ) | |
| JARRED MICHAEL NADAL, ) | Bankruptcy No. 19-10111-JCM |
| **Debtor** ) | |
| ) | Chapter 13 |
| CREDIT ACCEPTANCE, ) | |
| **Movant** ) | |
| ) | Related To Document No. 49 and 50 |
| v. ) | |
| ) | |
| JARRED MICHAEL NADAL, ) | **Response Deadline: 4/01/24** |
| **Respondent(s)** ) | |
| ) | **Hearing Date: 4/16/24 at 1:30 PM** |
| RONDA J. WINNECOUR, ) | |
| **Trustee** ) | |

## CERTIFICATE OF SERVICE

I, ___William E. Craig___, of Eisenberg Gold & Agrawal, P.C. 1040 N. Kings Highway, Cherry Hill, NJ 08034, certify that I am more than 18 years of age and that on March 15, 2024 I served by electronic means and/or United States mail, first class, postage prepaid, the Notice Of Hearing With Response Deadline and a copy of the Motion For Relief From Stay filed in this proceeding on:

Jarred Michael Nadal
32 North Main Street
Albion, PA 16401
(Debtor)

Rebeka Seelinger
4640 Wolf Road
Erie, PA 16505
(Attorney For Debtor)

Ronda J. Winnecour
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219
(Trustee)

Office of the United States Trustee
Liberty Center
1001 Liberty Avenue, Suite 970
Pittsburgh, PA 15222
(U.S. Trustee)

I certify under penalty of perjury that the foregoing is true and correct.

/s/ William E. Craig
William E. Craig, Esquire
PA ID # 92329
Eisenberg, Gold & Agrawal, Suite 200
Cherry Hill, NJ 08034
Telephone: 856-330-6200
wcraig@egalawfirm.com