Form 300b

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

| | | |
|---|---|---|
| **Jarred Michael Nadal** | : | Case No. 19−10111−JCM |
| *Debtor(s)* | : | Chapter: 13 |
| | : | |
| **RONDA J. WINNECOUR, Trustee,** | : | |
| *Movant(s),* | : | |
| | : | |
| v. | : | Related to Document No. 58 |
| **No Respondents** | : | |
| *Respondent(s).* | : | Hearing Date: 6/20/24 at 03:00 PM |
| | : | |
| | : | |
| | : | |

**ORDER SCHEDULING DATE FOR RESPONSE
AND HEARING ON MOTION**

     **AND NOW,** this **The 26th of April, 2024**, a **Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements** having been filed at Doc. No. 58 , by the Chapter 13 Trustee

     It is hereby **ORDERED, ADJUDGED and DECREED** that:

     (1)  **On or before June 10, 2024**, any **Response**, including a consent to the **Motion**, shall be filed with the Clerk's Office at U.S. Bankruptcy Court, (5414 U.S. Steel Tower, 600 Grant Street, Pittsburgh, PA 15219 **OR** U.S. Courthouse, Room B160, 17 South Park Row, Erie, PA 16501) and served on the counsel for the Moving Party.

     (2)  This **Motion** is scheduled for hearing on **June 20, 2024 at 03:00 PM** in Bankruptcy Courtroom, U.S. Courthouse, 17 South Park Row, Erie, PA 16501, at which time the parties and/or their counsel shall appear and the Court will dispose of the **Motion**. See Judge Melaragno's Procedures effective 6/28/23 on the Court's Website.

     (3)  If, after proper service, a Respondent fails to timely file a **Response**, the Court **may** determine that no hearing is required and accordingly enter the order by default. **To determine if a default order has been entered the Moving Party is directed to the Court's web site at www.pawb.uscourts.gov one day prior to the hearing. To view the calendar for Judge John C Melaragno refer to the calendar section.** In the event a default order has been signed, the Moving Party shall **IMMEDIATELY** advise all affected parties. If a default order has not been entered, the parties will be **required** to appear at the hearing.

 

_____
John C. Melaragno, Judge
United States Bankruptcy Court

cm:  All Parties Listed on The Clerk's Mailing Matrix

United States Bankruptcy Court

Western District of Pennsylvania

In re:                                                                                    Case No. 19-10111-JCM

Jarred Michael Nadal                                                                       Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-1                          User: auto                                  Page 1 of 3

Date Rcvd: Apr 26, 2024                       Form ID: 300b                                Total Noticed: 20

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Jarred Michael Nadal, 32 North Main Street, Albion, PA 16401-1119 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 26 2024 23:49:00 | Credit Acceptance Corporation, 25505 W. 12 Mile Road, Suite 3000, Southfield, MI 48034-8331 |
| 14991203 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2024 23:52:00 | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 15004503 | + | Email/Text: bankruptcy@cavps.com | Apr 26 2024 23:52:00 | Cavalry SPV I, LLC, 500 Summit Lake Drive, Ste 400, Valhalla, NY 10595-2321 |
| 15025499 | + | Email/Text: RASEBN@raslg.com | Apr 26 2024 23:49:00 | Chase Bank USA, N.A., c/o Robertson, Anschutz & Schneid, P.L., 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14991205 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Apr 27 2024 00:32:05 | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14991206 | + | Email/Text: ebnnotifications@creditacceptance.com | Apr 26 2024 23:49:00 | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14991208 | + | Email/Text: G06041@att.com | Apr 26 2024 23:52:00 | DirectTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 15030407 | | Email/Text: G06041@att.com | Apr 26 2024 23:52:00 | Directv, LLC, by American InfoSource as agent, PO Box 5008, Carol Stream, IL 60197-5008 |
| 14991209 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Apr 26 2024 23:52:00 | Genesis Financial/Jared, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 14991204 | | Email/PDF: ais.chase.ebn@aisinfo.com | Apr 27 2024 00:33:05 | Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14991210 | + | Email/Text: Documentfiling@lciinc.com | Apr 26 2024 23:49:00 | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14991211 | | Email/Text: blegal@phfa.org | Apr 26 2024 23:51:00 | Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14991212 | | Email/Text: Bankruptcy.Notices@pnc.com | Apr 26 2024 23:49:00 | PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |

| 15032669 | | Email/Text: Bankruptcy.Notices@pnc.com | | |
| | | | Apr 26 2024 23:49:00 | PNC Bank, N.A., PO Box 94982, Cleveland, OH 44101 |
| 15036347 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 27 2024 00:55:26 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 14991658 | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Apr 27 2024 00:20:10 | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 15100789 | + | Email/Text: blegal@phfa.org | | |
| | | | Apr 26 2024 23:51:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14991213 | + | Email/PDF: ais.sync.ebn@aisinfo.com | | |
| | | | Apr 27 2024 00:07:20 | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 15028160 | | Email/Text: BNCnotices@dcmservices.com | | |
| | | | Apr 26 2024 23:50:00 | UPMC Physician Services, PO Box 1123, Minneapolis, MN 55440-1123 |

TOTAL: 19

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | Pennsylvania Housing Finance Agency |
| cr | *+ | PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14991220 | *+ | Cavalry Portfolio Services, Attn: Bankruptcy Department, 500 Summit Lake Ste 400, Valhalla, NY 10595-2321 |
| 14991222 | *+ | Citibank/The Home Depot, Attn: Recovery/Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 14991223 | *+ | Credit Acceptance, 25505 West 12 Mile Rd, Suite 3000, Southfield, MI 48034-8331 |
| 14991224 | *+ | Credit Corp Solutions, Inc., c/o Patenaude & Felix, A.P.C., Southpointe Center, Suite 205, 501 Corporate Drive, Canonsburg, PA 15317-8584 |
| 14991225 | *+ | DirectTV, PO Box 5007, Carol Stream, IL 60197-5007 |
| 14991226 | *+ | Genesis Financial/Jared, Genesis FS Card Services, Po Box 4477, Beaverton, OR 97076-4401 |
| 14991221 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Chase Card Services, Correspondence Dept, Po Box 15298, Wilmington, DE 19850 |
| 14991227 | *+ | LendingClub, Attn: Bankruptcy, 71 Stevenson St, Ste 1000, San Francisco, CA 94105-2967 |
| 14991228 | *P++ | PENNSYLVANIA HOUSING FINANCE AGENCY, 211 NORTH FRONT STREET, HARRISBURG PA 17101-1406, address filed with court:, Pennsylvania Housing Finance Agency, Attn: Bankruptcy, Po Box 8029, Harrisburg, PA 17105 |
| 14991229 | *P++ | PNC BANK RETAIL LENDING, P O BOX 94982, CLEVELAND OH 44101-4982, address filed with court:, PNC Bank, Attn: Bankruptcy Department, Po Box 94982: Mailstop Br-Yb58-01-5, Cleveland, OH 44101 |
| 14991230 | *+ | Synchrony Bank/Care Credit, Attn: Bankruptcy Dept, Po Box 965061, Orlando, FL 32896-5061 |
| 14991207 | ##+ | Credit Corp Solutions, Inc., c/o Patenaude & Felix, A.P.C., Southpointe Center, Suite 205, 501 Corporate Drive, Canonsburg, PA 15317-8584 |

TOTAL: 1 Undeliverable, 12 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Apr 28, 2024                          Signature:         /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 26, 2024 at the address(es) listed below:

District/off: 0315-1                          User: auto                                    Page 3 of 3
Date Rcvd: Apr 26, 2024                       Form ID: 300b                              Total Noticed: 20

| Name | Email Address |
|---|---|
| Denise Carlon | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency dcarlon@kmllawgroup.com |
| Leon P. Haller | |
| | on behalf of Creditor Pennsylvania Housing Finance Agency lhaller@pkh.com |
| | khousman@pkh.com;dmaurer@pkh.com;lrynard@pkh.com;mgutshall@pkh.com |
| Office of the United States Trustee | |
| | ustpregion03.pi.ecf@usdoj.gov |
| Rebeka Seelinger | |
| | on behalf of Debtor Jarred Michael Nadal rebeka@seelingerlaw.com |
| Ronda J. Winnecour | |
| | cmecf@chapter13trusteewdpa.com |
| William E. Craig | |
| | on behalf of Creditor Credit Acceptance Corporation wcraig@egalawfirm.com |
| | mhazlett@mortoncraig.com;mortoncraigecf@gmail.com |

TOTAL: 6